IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RODOLFO AVILA PICHARDO, §
§
    Petitioner, §
§
v. § 2:09-CV-0036
§
UNITED STATES IMMIGRATION, §
§
    Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR SPEEDY DEPORTATION and DISMISSING CASE

Came for consideration the "Motion for Speedy Deportation" filed by petitioner RODOLFO AVILA PICHARDO on January 29, 2009. On February 25, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied and that this case be dismissed. No objections to the Report and Recommendation have been filed as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED, the "Motion for Speedy Deportation" is hereby DENIED, and this case is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _17th_ day of _March_ 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE